IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRINA MAHR, ) <br> ) <br> Defendant. ) <br> ) | 8:12CR222 <br><br> ORDER |

This matter is before the court on the defendant's motion to continue trial [46] as counsel needs additional time to investigate case.   For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for January 29, 2013 is continued to **February 26, 2013.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 26, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 8, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**